**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGELA DOWLING,

                                Petitioner,

     -against-                                                           26 **CIVIL** 205 (LLS)

                                                                            **JUDGMENT**

THE PEOPLE OF THE COURT;
CYBERSECURITY & INFRASTRUCTURE
SECURITY AGENCY; DEPARTMENT OF
JUSTICE, CRIMINAL DIVISION; INTERNET,
CRIME COMPLAINT CENTER; FEDERAL
BUREAU OF INVESTIGATION,

                                Respondents.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 21, 2026, the Court has dismissed this action as

frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:**  New York, New York

     January 22, 2026

                                                **TAMMI M. HELLWIG**
                                            _____
                                                    **Clerk of Court**

                                                    K. mango
                          **BY:**             _____
                                                    **Deputy Clerk**